**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DONALD BETHEA, | : | No. 150 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| SUPERIOR COURT OF PENNSYLVANIA, | : | |
| COMMON PLEAS COURT OF | : | |
| PHILADELPHIA, DISTRICT ATTORNEY'S | : | |
| OFFICE OF PHILADELPHIA, COURT | : | |
| REPORTER AND INTERPRETER ADM., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

AND NOW, this 30th day of November, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition and/or Alternative Mandamus, the Application for Waiver and Modification of Rules, and the "Motion to Remove Constitutional [sic] Deficient Assistance of Counsel From Obstruction and Impeding Disclosure of Discovery on PCRA Collateral Review Appeal Permanently" are **DENIED**.